# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| DAVID LEE DAVENPORT, § § | |
| Plaintiff, § | CIVIL ACTION NO. 5:22-CV-00012-RWS |
| § | |
| v. § | |
| § | |
| PLEASANT OAKS LANDFILL TX, LP § AND ALLIED WASTE LANDFILL § HOLDINGS, INC., AND REPUBLIC § SERVICES, INC. D/B/A § REPUBLIC WASTE SERVICES § GROUP OF TEXAS, INC. | |
| Defendants. | |

## ORDER

Before the Court is the parties' Joint Motion to Stay All Deadlines and Notice of Settlement. Docket No. 71. Having considered the motion, and because it is agreed, the Court finds that it should be **GRANTED**. It is therefore

**ORDERED** that all deadlines in the above captioned case are stayed for 30 days to allow the parties to finalize their settlement agreement and prepare the appropriate dismissal papers for the Court.

**So ORDERED and SIGNED this 1st day of December, 2022.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE