IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| DAVID LEE DAVENPORT, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> PLEASANT OAKS LANDFILL TX, LP § <br> AND ALLIED WASTE LANDFILL § <br> HOLDINGS, INC., AND REPUBLIC § <br> SERVICES, INC. D/B/A § <br> REPUBLIC WASTE SERVICES § <br> GROUP OF TEXAS, INC. § <br> § <br> Defendants. | CIVIL ACTION NO. 5:22-CV-00012-RWS |

### FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by an opinion issuing on even date, hereby

**ORDERS** that Plaintiff David Lee Davenport's claims and causes of action against Defendants Pleasant Oaks Landfill TX, LP, Allied Waste Landfill Holdings, Inc., and Republic Services, Inc. d/b/a Republic Waste Services Group of Texas, Inc. are **DISMISSED WITH PREJUDICE**.

Any pending motions are moot.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 5th day of January, 2023.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE